ORIGINAL

FILED
JUN 26 2006
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED SYSTEMS DEVELOPMENT, INC )
Plaintiff, )
v. ) No. 06-484 C
THE UNITED STATES, )
Defendant. )

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff Advanced Systems Development, Inc. ("ASD"), by its undersigned counsel, states that ASD does not have a parent company, nor does any publicly held corporation own any ASD stock.

Dated: June 26, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

Paul E. Pompeo / kld

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7180 -- phone
(202) 419-2727 – fax

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiff's Corporate Disclosure Statement to be served by hand delivery this 26th day of June 2006 to:

Nancy Kim
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 10110
Washington, D.C. 20530

J. Scott Hommer, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
*Counsel for KENROB Technologies Solutions, Inc.*

And a copy to be served by overnight delivery to:

Andrew Blumenfield, Esquire
Andy Bramnick, Esquire
Office of General Counsel
Department of Defense
Washington Headquarters Services
1155 Defense Pentagon
Washington, D.C. 20301-1155
*Counsel for WHS*

Kara L. Daniels

#3864139_v1