# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: June 28, 2006)

****************************************************
ADVANCED SYSTEMS DEVELOPMENT, INC., *
*Plaintiff*, *
v. *
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
KENROB TECHNOLOGIES SOLUTIONS, INC., *
*Intervenor.* *
****************************************************

## ORDER

The Court held a Preliminary Status Conference in the above-captioned case on June 27, 2006. The Court first raised the matter of the employment of the Judge's daughter at Holland and Knight, Plaintiff's firm. Parties indicated no basis for challenge and will file statements to that effect no later than June 28, 2006.

KENROB Information Technology Solutions, Inc. (hereinafter "KENROB"), the company awarded the contract at issue in this bid protest, then made a Motion to Intervene. **KENROB's motion was GRANTED**.

The parties next addressed the need for a protective order in this matter. Plaintiff filed a Motion for Protective Order prior to the conference. The Court has filed contemporaneously with this Order the Special

Procedures Order and a Provisional Protective Order. **The parties should advise Chambers of any modifications they propose to this Protective Order no later than June 30, 2006.**

Plaintiff filed a Memorandum in Support of its Motion for a Preliminary Injunction on June 26, 2006. The Court adopted the following schedule for further proceedings in the case at the status conference:

- **Defendant will file the Administrative Record by June 30, 2006.** [Materials will be filed on a CD instead of electronically.]

- **Defendant and Intervenor shall file their Responses to Plaintiff's Motion for Preliminary Injunction no later than July 6, 2006.**

- **Plaintiff will file its Reply Brief no later than July 10, 2006.**

- **The Court will hear oral arguments on July 14, 2006 at 10:00 a.m.** The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff, Defendant and Intervenor will be appearing in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge