IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., Plaintiff, | ) | |
| v. | ) | No. 06-484C (Judge Baskir) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| KENROB TECHNOLOGIES SOLUTIONS, INC. Intervenor. | ) | |

**DEFENDANT'S STATEMENT**
**REGARDING POTENTIAL CONFLICT OF INTEREST**

Pursuant to the Court's request during the status conference held on June 27, 2006, the defendant, the United States, respectfully submits this statement regarding any potential conflict of interest arising from Judge Baskir's adjudication of this matter. We understand that Judge Baskir's daughter is an attorney at the firm of Holland & Knight, which represents plaintiff, Advanced Systems Development, Inc. Holland & Knight has represented that Judge Baskir's daughter is not a member of its government contract practice and is not associated in any manner with this case. Pursuant to these representations, the Government does not object to Judge Baskir's adjudication of this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

June 29, 2006