# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: June 29, 2006)

*********************************************
ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*,

v.

THE UNITED STATES OF AMERICA, *Defendant,*

and

KENROB TECHNOLOGIES SOLUTIONS, INC., *Intervenor.*
*********************************************

## ORDER

Due to the Court's heavy caseload during the week of July 10th, the **Oral Argument scheduled for July 14th is being rescheduled to 2 p.m., on July 17th.** The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff, Defendant and Intervenor shall be appearing in person. The Court appreciates the parties' flexibility with this date change.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge