**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>KENROB IT SOLUTIONS, INC.,<br><br>Intervenor. | No. 06-484C<br>(Judge Lawrence M. Baskir) |

**<u>INTERVENOR'S MOTION TO AMEND CASE CAPTION</u>**

Intervenor respectfully moves the Court to amend its name in the case caption to "KENROB IT Solutions, Inc.," the name by which it was awarded the Washington Headquarters Services IS Support contract that Plaintiff is protesting in a related matter before the Government Accountability Office ("GAO") (Protest No. B-298411).

The caption in the Court's orders entered on June 28 and 29, 2006 refers to Intervenor as "KENROB Technologies Solutions, Inc." Amending

the case caption will help avoid any potential confusion about Intervenor's name in this matter and the related bid protest at the GAO.

Respectfully submitted,

Dated: June 30, 2006

s/ J. Scott Hommer, III

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1658
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644



::ODMA\PCDOCS\MC1DOCS1\208876\1