**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., Plaintiff, | |
| v. | No. 06-484C (Judge Lawrence M. Baskir) |
| THE UNITED STATES OF AMERICA, Defendant, | |
| and | |
| KENROB IT SOLUTIONS, INC., Intervenor. | |

**STATEMENT OF INTERVENOR REGARDING ITS LACK OF OBJECTION TO THE COURT'S CONTINUING TO PRESIDE OVER THE PRESENT MATTER**

During a teleconference held with the parties in the above-captioned matter on Wednesday, June 27, 2006, the Court indicated that a member of his immediate family is employed as an attorney with Holland & Knight, which is the law firm representing Plaintiff in this matter. In response to the Court's request, Intervenor KENROB IT Solutions, Inc. ("KENROB"), is filing this statement, the purpose of which is to confirm that KENROB has no objection to Judge Baskir continuing to preside over this matter.

Respectfully submitted,

Dated: June 30, 2006

_s/ J. Scott Hommer, III____________

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1658
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644