**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., Plaintiff, | ) | |
| v. | ) | No. 06-484C (Judge Lawrence M. Baskir) |
| THE UNITED STATES OF AMERICA, Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., Intervenor. | ) | |

**STATEMENT OF INTERVENOR REGARDING THE COURT'S PROPOSED PROTECTIVE ORDER**

During a teleconference held with the parties in the above-captioned matter on Wednesday, June 27, 2006, the Court indicated that the parties should review the proposed protective order and suggest any alterations the parties may have. In response to the Court's request, Intervenor KENROB IT Solutions, Inc. has reviewed the proposed protective order and finds no need to suggest any alterations to the proposed protective order.

Respectfully submitted,

Dated: June 30, 2006

_s/ J. Scott Hommer, III___________

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1658
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644



::ODMA\PCDOCS\MC1DOCS1\208915\1