Electronically Filed on June 30, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## STATEMENT OF PLAINTIFF REGARDING THE COURT'S PROPOSED PROTECTIVE ORDER

Pursuant to the Court's direction during the June 27, 2006 teleconference in the above-captioned matter, Plaintiff Advanced Systems Development, Inc. ("ASD"), by its undersigned counsel, has reviewed the proposed protective order and hereby requests the following clarification. Paragraph 5 of the Protective Order does not address electronic filing of "Protected Information." The Court's General Order No. 42A specifies that all documents a party seeks to file under seal "shall not be filed electronically unless and until authorized by the assigned judge." If this

Court wants the parties to file their papers electronically (even if those papers include material subject to the proposed protective order), ASD requests that the Court revise paragraph 5(a) of the proposed protective order to read:

> Protected Information filed, served, or provided as courtesy copies and proposed redacted documents (other than a pleading, to which paragraph 6(a) and (b) apply), shall be in a sealed parcel containing the legend "PROTECTED MATERIAL ENCLOSED" conspicuously placed on the outside of the parcel unless filed electronically. A copy of the certificate of service identifying the documents being filed should be attached to the front of each envelope. If a party seeks to file Protected information electronically, the party filing the Protected Information shall use the "Sealed" menus on the Court's case management and electronic document filing system.

If the Court does not authorize the electronic filing of "Protected Information," ASD requests no modifications to the proposed protective order.

Additionally, and out of an abundance of caution, ASD hereby designates (pursuant to paragraph 1.e. of the Proposed Protective Order) the Complaint and Memorandum of Law ASD filed under seal on June 26, 2006 as "Protected Information" under the Proposed Protective Order.

Dated: June 30, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

# 3883176_v1