Electronically Filed on June 30, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PLAINTIFF'S RESPONSE TO INTERVENOR'S MOTION TO AMEND CASE CAPTION

Plaintiff Advanced Systems Development, Inc. ("ASD"), by its undersigned counsel, hereby states that it does not object to Intervenor Kenrob IT Solutions, Inc.'s June 30, 2006, motion to amend its name in the case caption.

Dated: June 30, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pomeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

# 3883247_v1