Electronically Filed on July 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## MOTION TO RESCHEDULE HEARING

Plaintiff Advanced Systems Development, Inc. ("ASD"), by undersigned counsel, hereby moves the Court to reschedule the hearing set for July 17, 2006 at 2 p.m. to July 12, 2006. Counsel for ASD has conferred with counsel for the Government, who would agree to reschedule the hearing for July 13, 2006 and Counsel for Intervenor KENROB IT Solutions, Inc., who indicated that Intevenor would agree with any scheduling to which the Government agrees. Counsel for ASD, however, understands that Judge Baskir, who is assigned to this matter, already has a hearing scheduled on July 13, 2006 for another matter.

During the Preliminary Status Conference conducted on June 27, 2006, the Court and Parties considered July 12, 2006 as a hearing date in the above-captioned case. The final briefings are due to be filed on July 10, 2006. Counsel for Plaintiff ASD advised that they had a proceeding in Boston, MA before Judge Younger of the Armed Services Board of Contract Appeals (ASBCA) on July 12 and 13, 2006; accordingly, the Court set the hearing for July 14, 2006 and later rescheduled the hearing to July 17, 2006. On July 3, 2006, the ASBCA proceeding before Judge Younger was cancelled and tentatively rescheduled for September. Accordingly, the pre-existing conflict for counsel for ASD has been resolved and counsel would be available for the originally-proposed July 12, 2006 hearing.

Moreover, given the nature of the matter before the Court, by which Plaintiff seeks emergency relief in the form of a preliminary injunction, it is imperative that this matter be resolved as expeditiously as possible. Indeed, Rule 9 of Appendix C to the Rules of the United States Court of Federal Claims (under which Appendix this request for relief is being processed) provides that "[t]he court's practice is to expedite protest cases to the extent practicable and to conduct hearings on motions for preliminary injunctions at the earliest practicable time." Rescheduling the hearing to July 12, 2006 will fulfill the obligations under said Rule 9 rather than waiting

nearly a week until July 17, 2006.

WHEREFORE, ASD respectfully requests this Court to grant ASD's Motion to Reschedule Hearing and set the hearing for July 12, 2006.

Dated: July 5, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

# 3885688_v1