Electronically Filed on July 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 06-484C
(Filed: July __, 2006)

ADVANCED SYSTEMS DEVELOPMENT, INC., )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
Defendant, )
)
and )
)
KENROB IT SOLUTIONS, INC., )
)
Intervenor. )

## ORDER

Pursuant to the Unopposed Motion to Reschedule, that Plaintiff Advanced Systems Development, Inc. ("ASD"), filed on July, 5, 2006, the **Oral Argument scheduled for July 17th is being rescheduled to ___ pm July 12, 2006.** The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff, Defendant and Intevernor shall be appearing in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge

Copies to:

Paul E. Pompeo
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
*Counsel for Advanced Systems Development, Inc.*

Nancy Kim
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 10110
Washington, D.C. 20530

J. Scott Hommer, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
*Counsel for KENROB Technologies Solutions, Inc.*

Andrew Blumenfield, Esquire
Andy Bramnick, Esquire
Office of General Counsel
Department of Defense
Washington Headquarters Services
1155 Defense Pentagon
Washington, D.C. 20301-1155
*Counsel for WHS*

# 3885857_v1