Electronically Filed on July 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND PROTECTIVE ORDER

Plaintiff Advanced Systems Development, Inc. ("ASD") by undersigned counsel, hereby moves the Court to amend its Provisional Protective Order to permit counsel for ASD to use protected material contained in the Administrative Record in this matter in furtherance of its related protest at the Government Accountability Office ("GAO"), B-298411.[1] Counsel for ASD has conferred with counsel for the Government

[1] Because counsel for ASD received the Administrative Record after they had already filed ASD's Statement Regarding the Court's Proposed Protective Order on Friday, June 30 (and after close of business that day), counsel for ASD was not aware of the necessity of the amendment requested in this Motion at the time it filed the aforementioned Statement.

and for Intevenor who have no objection to this Motion.

In support of this Motion, ASD states that at approximately 5:45 P.M. on June 30, 2006, counsel for Plaintiff ASD received the Administrative Record in this matter from Defendant United States (the "Government"). Upon review of the Administrative Record, it has become apparent that the Administrative Record in this matter contains documents that ASD will need to use in pursuing its related protest at GAO. Because the GAO regulations require a protester to file a protest within 10 days of the date that the basis of the protest is known or should have been known (*see* 4 C.F.R. § 21.2 (a)(2)), ASD must file any supplemental protest grounds based on documents contained in the Administrative Record with GAO on or before July 10, 2006.

Although the documents in question should be contained within the Agency's Report to GAO and would then be covered by the GAO's protective order, the Agency's deadline for filing its report is not until July 14. Therefore, in order for ASD to use any documents from the Administrative Record to support potential supplemental protest grounds, ASD believes it is necessary to first obtain an amendment to the Court's Provisional Protective Order. ASD will continue to safeguard all protected material pursuant to the protective orders in both matters.

WHEREFORE, ASD respectfully requests this Court to grant ASD's Motion to Amend the Provisional Protective Order. ASD proposes that Paragraph 2 of the Court's Provisional Protective order be replaced with the following text:

> 2. Protected Information shall be used by parties solely for the purposes of this litigation or the related protest of Advanced Systems Development, Inc., B-298411, currently pending at the Government Accountability Office ("GAO"). Protected information shall not be communicated in any form except as provided in this Order, or as provided by the GAO's Protective Order to the extent such information is used as part of the GAO proceedings.

Dated: July 5, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

# 3884716_v1