Electronically Filed on July 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff's Motion to Amend Protective Order, and the Court being fully apprised of the premises, it is this __ day of July 2006 by the United States Court of Federal Claims:

ORDERED, that Plaintiff's Motion to Amend Protective Order shall be and hereby is GRANTED; it is

FURTHER ORDERED, that Paragraph 2 of the Court's Provisional Protective Order shall be replaced with the following text:

2. Protected Information shall be used by parties solely for the purposes of this litigation or the related protest of Advanced Systems Development, Inc., B-298411, currently pending at the Government Accountability Office ("GAO"). Protected information shall not be communicated in any form except as provided in this Order, or as provided by the GAO's Protective Order to the extent such information is used as part of the GAO proceedings.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge

Copies to:

Paul E. Pompeo
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
*Counsel for Advanced Systems Development, Inc.*

Nancy Kim
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 10110
Washington, D.C. 20530

J. Scott Hommer, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
*Counsel for KENROB Technologies Solutions, Inc.*

Andrew Blumenfield, Esquire
Andy Bramnick, Esquire
Office of General Counsel
Department of Defense
Washington Headquarters Services
1155 Defense Pentagon
Washington, D.C. 20301-1155
*Counsel for WHS*

# 3886995_v1