# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., Plaintiff, | |
| v. | No. 06-484C (Judge Baskir) |
| THE UNITED STATES OF AMERICA, Defendant, | |
| and | |
| KENROB IT SOLUTIONS, INC., Intervenor. | |

## MOTION FOR LEAVE TO FILE INTERVENOR'S OPPOSITION BRIEF WITH ELECTRONIC SIGNATURE

Counsel for Intervenor respectfully moves the Court for leave to file its Opposition to Plaintiff's Motion for a Preliminary Injunction with an electronic signature. Counsel of Record for Intervenor was not in the office on July 6, the date that Intervenor and Defendant's responses to Plaintiff's Motion for A Preliminary Injunction was due, and therefore was unable to physically execute the signature page on the brief that the parties, pursuant to Court of Federal Claims' General Order 42A, were required to file in hard copy. Counsel of

Record instead inserted an electronic copy of his signature. At the Court's request, Counsel can supply an executed signature page upon his return to the office.

Respectfully submitted,

Dated: July 6, 2006

s/J. Scott Hommer, III

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1658
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

*Counsel to Intervenor KENROB IT Solutions, Inc.*

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

## CERTIFICATE OF SERVICE

This is to certify that, on the 6th day of July, 2006, I caused copies of the foregoing Motion for Leave to File Intervenor's Opposition Brief With Electronic Signature to be delivered by electronic mail and by the Court of Federal Claims' CM/ECF System to:

Paul E. Pompeo, Esq.
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
(202) 457-7033
Fax: (202)419-2913

Nancy Myung-Jin Kim, Esq.
U. S. Department of Justice
Civil Div. - Commercial litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530
202-514-7300
Fax: 202-307-0972

Keir X. Bancroft