IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-484C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO RESCHEDULE HEARING**

Defendant, the United States, respectfully opposes plaintiff's motion to reschedule the hearing to July 12, 2006. The basis for Advanced System Development, Inc.'s ("ASD") motion is that ASD's counsel's hearing before the Armed Services Board of Contract Appeals ("ASBCA") on July 12 and 13, 2006, in a different matter, has been rescheduled to a later date. ASD now seeks to reschedule the hearing in this case for July 12, 2006, only two days after ASD's reply is due in this case. Because ASD will file its reply after the close of business on July 10, 2006, this will provide the Court, the Government and the intervenor, KENROB IT

Solutions Inc. ("KENROB"), only one day to review ASD's reply and to prepare for the hearing. We believe that this would be an insufficient period of time to review ASD's reply and be thoroughly familiar with all the issues in the case.

Re-scheduling the hearing to July 12, 2006, would unfairly inconvenience the other parties in this case. The hearing was initially scheduled on July 14, 2006, to accommodate ASD's counsel's other commitments in a different forum on July 12 and 13, 2006. Accordingly, we scheduled our own commitments, including a moot court in this case on July 13, 2006, to accommodate ASD's counsel. Due to the short notice of the possibility that the hearing might be rescheduled for July 12, 2006, the Government may not be able to conduct a moot court prior to the hearing and might not be adequately prepared to address all of the issues.

Re-scheduling the hearing to July 12, 2006, moreover, is not necessary to avoid any specific prejudice to plaintiff. ASD did not object to the hearing when it was scheduled for July 17, 2006, due to the Court's busy schedule on July 14, 2006. Further, ASD has not identified any specific injury that it would incur if the hearing is held as planned on July 17, 2006. ASD's contract with Washington Headquarters Services ("WHS") will continue until July 31, 2006. Compl. ¶ 6. As we demonstrated

in our opposition to plaintiff's motion for preliminary injunction, ASD will not be irreparably harmed by KENROB continuing contract performance. Def. Opp. at 24-30.

For these reasons, we respectfully request that the Court deny plaintiff's motion to reschedule the hearing to July 12, 2006 and maintain the hearing scheduled for July 17, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

Andrew Bramnick
Assistant General Counsel
Washington Headquarters Service

July 7, 2006