# In the United States Court of Federal Claims

**06-484C**

**Filed: July 6, 2006**

**ADVANCED SYSTEMS DEVELOPMENT, INC.**

**v.**

**THE UNITED STATES**

**and**

**KENROB IT SOLUTIONS, INC.**

INTERVENOR'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.