Electronically Filed on July 10, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PLAINTIFF'S PARTIALLY UNOPPOSED MOTION TO EXCEED PAGE LIMIT TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Advanced Systems Development, Inc. ("ASD") by undersigned counsel, hereby moves this Court pursuant to Rule 5.2(b)(1) of the Court of Federal Claims for leave to exceed, by 20 pages, the page limit to ASD's Reply in Support of ASD's Motion for Preliminary Injunction ("Reply"), which ASD has filed on the same date as this Motion. Counsel for ASD has spoken with counsel for Defendant the United States (Defendant) who has indicated that she does not oppose this Motion. Counsel for ASD has left messages for counsel for Intervenor KENROB IT

Solutions, Inc. ("KENROB"), but Intervenor's counsel has not yet responded.

In support of this Partially Unopposed Motion, ASD states the following:

1. Both Defendant and KENROB have filed Opposition briefs to ASD's Motion for Preliminary Injunction, requiring ASD to respond to both briefs. Although Defendant and KENROB each address several different legal arguments and make certain distinct factual assertions, both briefs nevertheless follow the same theme and overlap on many issues. ASD believes that it is logical and more efficient to consolidate its responses to each brief into a single Reply.

2. As part of its Opposition, Defendant has issued a set of "Supplemental Findings" purportedly in support of the June 21, 2006 Determination & Findings upon which Washington Headquarters Services based its decision to override the CICA stay, which is the focal point of this matter. Because these findings were not part of the original override decision, ASD was not provided an opportunity to address them in its original brief, and must do so in its Reply, necessitating additional pages. Nevertheless, ASD has limited its Reply to respond to only those issues raised and addressed in the Opposition briefs.

3. ASD prepared its Motion for Preliminary Injunction and supporting Memorandum of Law prior to receiving the Administrative Record (the "Record"). Given the Court's stated preference during the initial status conference for Defendant and KENROB to file opposition briefs and ASD to file a reply due to the expedited briefing schedule, ASD has not filed a motion for judgment on the administrative record. Because the Oppositions by Defendant and KENROB rely on the Record and contend that the Record supports the Determination and Findings, ASD found it necessary to rely upon and cite to record facts to rebut the Government's (and KENROB's) various arguments, again adding to the length of ASD's Reply.

WHEREFORE, ASD respectfully requests that the Court grant Plaintiff's Motion and permit ASD to exceed the page limit to its Reply by 20 pages.

Dated: July 10, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax

*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax