Electronically Filed on July 10, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PROPOSED ORDER

This matter having come before the Court on Plaintiff Advanced Systems Development, Inc.'s Motion for Leave to Exceed Page Limit to Reply in Support of Plaintiff's Motion for Preliminary Injunction and the Court being fully apprised of the premises and having considered any opposition thereto, it is this __ day of July 2006 by the United States Court of Federal Claims:

ORDERED that the Motion for Leave to Exceed Page Limit to Reply in Support of Plaintiff's Motion for Preliminary Injunction is GRANTED; and it is

FURTHER ORDERED that Plaintiff Advanced Systems Development, Inc. may exceed the page limit to said Reply by 20 pages, for a total length of 40 pages.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge

Electronically Filed on July 10, 2006

Copies to:

Paul E. Pompeo
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
*Counsel for Advanced Systems Development, Inc.*

Nancy Kim
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 10110
Washington, D.C. 20530

J. Scott Hommer, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
*Counsel for KENROB Technologies Solutions, Inc.*

Andrew Blumenfield, Esquire
Andy Bramnick, Esquire
Office of General Counsel
Department of Defense
Washington Headquarters Services
1155 Defense Pentagon
Washington, D.C. 20301-1155
*Counsel for WHS*