# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: July 7, 2006)

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant*, | * |
| and | * |
| KENROB IT SOLUTIONS, INC., *Intervenor.* | * |

**ORDER**

Plaintiff's Motion to Reschedule Hearing from July 17, 2006, to July 12, 2006, is hereby **DENIED.** The **Oral Argument will remain scheduled for 2 p.m., on July 17th.** The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff, Defendant and Intervenor shall be appearing in person.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge