# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: July 7, 2006)

*********************************************
ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*,

v.

THE UNITED STATES OF AMERICA, *Defendant,*

and

KENROB IT SOLUTIONS, INC., *Intervenor.*
*********************************************

## ORDER

This matter having come before the Court on Plaintiff's Motion to Amend Protective Order, and the Court being fully apprised of the premises, and being advised that neither the Defendant nor the Intervenor oppose the Motion, it is this 7th day of July 2006 by the United States Court of Federal Claims:

ORDERED, that Plaintiff's Motion to Amend Protective Order shall be and hereby is GRANTED; it is

FURTHER ORDERED, that Paragraph 2 of the Court's Provisional Protective Order shall be replaced with the following text:

2. Protected information shall be used by parties solely for the purposes of this litigation or the related protest of Advanced Systems Development, Inc., B-298411, currently pending at the

Government Accountability Office ("GAO"). Protected information shall not be communicated in any form except as provided in this Order, or as provided by the GAO's Protective Order to the extent such information is used as part of the GAO proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge