# In the United States Court of Federal Claims

**06-484C**

**Filed: July 10, 2006**

**ADVANCED SYSTEMS DEVELOPMENT, INC.**

**v.**

**THE UNITED STATES**

PLAINTIFF ADVANCED SYSTEMS DEVELOPMENT, INC.'S REPLY TO THE OPPOSITIONS TO PLAINTIFF'S MOTION TO PRELIMINARY INJUNCTION

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.