# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: July 12, 2006)

*********************************************
ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*,

v.

THE UNITED STATES OF AMERICA, *Defendant,*

and

KENROB IT SOLUTIONS, INC., *Intervenor.*
*********************************************

**ORDER**

Intervenor's Motion to Amend Case Caption to "KENROB IT Solutions, Inc.," filed June 30, 2006, is hereby **GRANTED**.

Intervenor's Motion for Leave to File Intervenor's Opposition Brief with Electronic Signature, filed July 6, 2006, is hereby **GRANTED**.

Plaintiff's Partially Unopposed Motion to Exceed Page Limit to Plaintiff's Reply in Support of its Motion for Preliminary Injunction, filed July 10, 2006, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge