**_REDACTED VERSION_**
**_For Public Distribution_**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-484C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

Declaration of Robert Cox

I, Robert Cox, do state as follows:

1. My name is Robert Cox. I am the Deputy Director for Washington Headquarters Services (WHS), Information Technology Management Directorate (ITMD).

2. WHS is an agency of the Department of Defense that operates and maintains the Pentagon and provides a variety of services to the Secretary of Defense, including the maintenance of information technology services for the Office of the Secretary of Defense. ITMD is one of eleven WHS Directorates. The ITMD Director serves as WHS' Chief Information Officer and provides centralized management and leadership to the information technology program for WHS and is the principal management advisor to the Director, WHS.

3. As ITMD Deputy Director, my principal function is to advise the ITMD Director and other WHS Directorates on agency-wide information management and technology matters, as well as long-range objectives and strategies for improving WHS' IT services. I am responsible for day-to-day operations of ITMD.

**REDACTED VERSION**
**For Public Distribution**





4. In April 2004, ITMD was formed to provide more efficient, more reliable, and less costly IT services. Before instituting that program, the Directorates that comprise WHS were operating multiple IT systems serviced by multiple IT support contractors.

**Legacy IT Support**

5. I am directly involved in the evaluation and planning for all WHS IT support services including legacy contracts awarded prior to the formation of ITMD. Those legacy contracts are currently being performed by five separate contractors. The five current contractors are 1) Computer Sciences Corporation, 2) Sytex/Lockheed Martin, 3) Chronos, 4) ASD, and 5) Zen Technologies (two contracts).

6. The current multiple contract/contractor arrangement for performing WHS IT support services poses many Pentagon- and DOD-wide IT problems and inefficiencies. These include:

   - Inability to maintain single configuration management of WHS' IT environment (software, hardware, firmware) due to lack of cohesion within the IT environment. For example, individual IT support contractors are not required to provide a uniform suite of products and services. As a result, desktop computers in the Pentagon Renovation Directorate are configured differently from those in the Acquisition and Procurement Directorate notwithstanding the fact that they must work together collaboratively. Separate stocks of spare parts, software, software licenses, etc. must be maintained, stored, managed, and tracked.

   - Paying for, in many instances, redundant skill sets across multiple contractors for similar IT support services, e.g. desktop support, systems administration, system engineering services and program management. For example, WHS currently has four different contractors (i.e. Chronos, CSC, Sytex and ASD) managing disparate email systems. Additionally, there are five desktop helpdesks in WHS (Chronos, ASD, CSC, Sytex and Zen Technologies).

   - Lack of knowledge management within the IT support teams; similar system problems occur within each of the six helpdesk environments, but 'lessons learned' are not shared among the various helpdesks. This leads to duplication in discovery of problems, remediation and follow up, all at increased costs to the Government.

   - Limited ability to modernize to meet the new challenges of the organization. For example, the current contractor situation has impeded WHS' ability to implement a single Active Directory environment for the

agency, implement a consolidated server farm, as well as institutionalize a standard desktop environment for all WHS users.

7. The problems described above negatively impact overall IT system reliability at the Pentagon. The new, protested contract was intended to consolidate IT support services within WHS into a single cohesive whole. The fragmented approach produced poor results and high costs. The level and quality of service varied significantly between helpdesk contractors. This service disparity impaired the efficient and reliable operation of WHS' IT systems. Overall quality is compromised by the least effective, least efficient support contractor.

**Pre-Solicitation Requirements Development**

8. Before issuing the solicitation, ITMD conducted a detailed requirements analysis to derive the target price estimate (ceiling) included in the WHS IT Support (WITS) acquisition plan documents. A variety of data was evaluated and a comprehensive Labor Category analysis was conducted. Some of the contributing factors:

A. FY 2006 WHS IT Program Budget:
- Amount Available
- Amount needed to provide a 30 day overlap (bridge) between existing contracts and new contract

B. Historical Costs for the support and services to be provided in the WITS contract

C. Work Breakdown Structure (WBS) Analysis of current contract labor hours against functions performed
- Identified redundancies (instances where similar work was performed in different domains)
- Analyzed potential staff reductions

**Cost & Budget Issues**

9. Reducing overall IT support costs is a core objective of the consolidated contract. The total price of the six separate IT support contracts for FY2006 is [redacted] The monthly price is [redacted] The Government estimated total price for the base year, consolidated contract is [redacted] or [redacted] per month. (The full year target price for all requirements is [redacted] plus estimated surge support of [redacted], which brings the total target price to [redacted] The savings to be realized by WHS in transitioning from six separate contracts to the new consolidated contract is estimated at [redacted] month.

**REDACTED VERSION**
**For Public Distribution**





10. Based on the requirements analysis, ITMD identified a number of opportunities to reduce costs including:

A. Consolidation of common IT infrastructures and management tools across the six separate contracts. WHS' efforts in this area will streamline resources required to operate and maintain core services. Examples of areas where consolidation will take place are a) server farm management, b) software maintenance and c) asset management (e.g. desktops). This will help minimize duplication of effort across the WHS IT Program and save the government both time and money.

B. Elimination of redundant functions and skill sets across all six separate WHS IT contracts. From our analysis, we were able to eliminate [redacted]ull-Time Eviqualent (FTE) contractor positions out of [redacted] Examples of areas that were analyzed and streamlined in our review include:

a. Program Management was cut from [redacted]
b. Domain Sys Admin/Eng was cut from [redacted]
c. Enterprise Sys Admin/Eng was cut from [redacted]
d. Network Management was cut from [redacted]

11. The current high tempo of U.S. military operations has resulted in deep budget cuts in other areas of the Department of Defense. The WHS IT support budget for the current fiscal year was reduced by [redacted] effective immediately. These unforecasted cuts, imposed in the middle of the fiscal year, dictated changes in daily IT support operations.

12. WHS' IT budget incorporates the cost savings from the consolidated contract. Without the cost savings, the current contracts will have to be de-scoped, resulting in substantially less service to WHS. The impacts to WHS and its customers would be severe. All key WHS business areas would be impacted, which would directly impact the organizations' ability to provide administrative and operational services to its clients in support of the Department of Defense. Because the current contracts are not consolidated, it is highly probable that several key support services, e.g. helpdesk support and applications development, would be rendered inoperable. Many key members of the contractor workforce would be forced to go, as well, marginalizing our ability to provide sufficient IT support.

13. The Pentagon would lose its ability to effectively track goods and deliveries that enter and exit the facility, leaving the Pentagon, its tenants and neighboring communities at risk of a security breach. WHS would also lose its ability to effectively maintain the Pentagon facility. WHS uses technology to report, respond and track all building maintenance issues. De-scoping the IT will negatively impact on WHS' ability to provide maintenance services,

**REDACTED VERSION**
**For Public Distribution**



5

repair services and custodial services to the Pentagon and leased spaces. Moreover, if WHS is forced to de-scope its IT support services, the Secretary of Defense will have limited ability to assign, track and respond to correspondence assigned external to the Department, as well as within DoD. Lastly, the ability for the Office of the Secretary of Defense, Joint Chiefs of Staff and other DoD Agencies to recruit, retain and reward personnel would also be negatively impacted. Without the ability to use technology for job creation and posting, as well as benefits management and pay, HR specialists will be forced to use paper-intensive processing for all HR-related actions, creating a severe backlog in all functional aspects of HR management. WHS would be at risk of personnel not receiving the correct benefits, clearances not being adjudicated, staff may not get paid on time, and key personnel may not be hired in an acceptable timeframe.

__Transition Costs__

14. ITMD has analyzed the potential costs of re-transitioning from KENROB to ASD. WHS anticipates that KENROB will transition to full performance well before the GAO decision. However, [redacted] re-evaluation, WHS anticipates that there will be minimal cost to re-transition ASD because [redacted] The projected cost to re-transition ASD is [redacted]

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true.

July 5, 2006

Robert Cox

**SUPPLEMENTAL DETERMINATIONS AND FINDINGS
TO PROCEED WITH CONTRACT PERFORMANCE
AFTER RECEIPT OF A PROTEST
SOLICITATION NO. HQ0034-06-R-1012
GAO Docket Number B-298411**

**Supplemental Findings**

1. Washington Headquarters Services (hereinafter "WHS") is an agency of the Department of Defense that operates and maintains the Pentagon and provides a variety of services to the Secretary of Defense. WHS is organized into eleven directorates along functional lines.

2. On March 9, 2006, WHS solicited proposals for a variety of information technology ("IT") support services including: operating and maintaining agency networks, implementing periodic modernization efforts, operating a helpdesk and performing other general purpose IT support functions. Participation was limited to small businesses with award on a best value award basis. Multiple offers were received.

3. The resulting contract was awarded to KENROB Information Technologies Solutions, Inc. (hereinafter "KENROB") on June 5, 2006.

4. In WHS' June 21, 2006 Determination & Findings, I concluded that, notwithstanding the ASD protest, proceeding with KENROB's contract performance, was in the best interests of the United States given the efficiencies, costs savings and enhanced performance associated with the program to consolidate WHS' IT support services.

5. WHS has calculated the potential costs to terminate KENROB's contract for convenience should ASD's protest be sustained. The direct costs savings, $462,054 per month, reaped by WHS through performance of the consolidated contract during the override period pending GAO's decision and, if necessary, the time required to re-evaluate the proposals, significantly outweighs the potential termination for convenience costs. This net positive cost savings coupled with the enhanced performance benefits for the IT systems supporting the Secretary of Defense and other Pentagon-based agencies make it in the nation's best interests to continue contract performance pending the ASD protest.

6. WHS anticipates that KENROB will transition to full performance well before the GAO decision. If GAO sustains ASD's protest and ASD proves to be the ultimate awardee, the re-transition costs will be minimal because legacy systems will be maintained throughout the protest period. The costs savings and enhanced performance through continued contract performance, however, still outweigh the re-transition and potential termination for convenience costs.

7. The current high tempo of U.S. military operations has resulted in deep budget cuts in other areas of the Department of Defense. The WHS IT support budget for the current

fiscal year was reduced by 32.1%, effective immediately. These unforecasted cuts, imposed in the middle of the fiscal year, dictated changes in daily IT support operations. If WHS is required to provide IT support services under the incumbent contracts without reaping the costs savings and enhanced performance under the consolidated program, there will be no funds available to continue under the multiple contract status quo. The multiple contracts will have to be de-scoped dramatically, which will result in significantly degraded service to WHS' customers. In addition, the administrative burdens to identify the services to be cut or scaled down together with the modifications necessary to the existing contracts are significant. Given that the results under the current regime are not acceptable, further reducing services and eliminating functions will severely degrade WHS' ability to perform its IT support mission to the Pentagon.

**Determination**

In accordance with the procedures described at Part 33.104(c)(2)(i) of the Federal Acquisition Regulation, as the head of the Head of the Contracting Activity, I hereby determine in supplemental findings that permitting KENROB to proceed with contract performance is in the best interests of the United States.

BY: Ralph E Newton

Ralph E. Newton
Director, Washington Headquarters Services (Acting)
United States Department of Defense

July 6, 2006
Date