# In the United States Court of Federal Claims

**No. 06-484 C**

**ADVANCES SYSTEMS DEVELOPMENT, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**KENROB IT SOLUTIONS, INC.,**
**Intervenor.**

Pursuant to the court's Order/Opinion, filed July 21, 2006, granting plaintiff's motion for declaratory judgment, and denying as moot plaintiff's motion for a preliminary injunction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the determination to override the automatic stay imposed under the Competition in Contracting Act (CICA), 31 U.S.C. §3553, lacks a rational basis and is contrary to law. The Washington Headquarters Services (WHS) determination and findings, dated June 21, 2006, and supplemental determination and findings, dated July 5, 2006, are set aside, and by operation of law, the automatic stay in plaintiff's GAO protest is reinstated.

Brian Bishop
Clerk of Court

**July 24, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.