Electronically Filed on July 27, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## STATEMENT OF PLAINTIFF REGARDING JUSTIFICATION FOR PROTECTION OF REDACTED MATERIALS

Pursuant to the Court's July 21, 2006 Order/Opinion (the "Order") granting the Motion for Declaratory Judgment of Plaintiff Advanced Systems Development, Inc. ("ASD"), ASD, by its undersigned counsel hereby: (1) identifies any proposed redactions to the Court's Order; and (2) provides justifications for continued protection of redacted materials in ASD's briefs and other submissions filed under seal.

**A. The Court's July 21, 2006 Order.**

ASD, by its counsel, has reviewed the Court's Order and does not propose any redactions thereto. However, to avoid confusion regarding a critical date in this matter, ASD believes it necessary to correct an apparent typographical error in the first full paragraph of Page 3 of the Court's Order. The Court's Order states that GAO notified WHS of ASD's bid protest on June 16, 2006. GAO provided such notification on June 14, 2006, thereby triggering the automatic CICA stay.

Additionally, the undersigned Attorney of Record for Plaintiff ASD respectfully requests that the Court recognize Kara L. Daniels and David J. Craig as Of Counsel for Plaintiff in the final, published decision. Ms. Daniels and Mr. Craig were identified as Of Counsel on each of Plaintiff ASD's pleadings, briefs and other filings, and the Court will recall Ms. Daniels, who eloquently presented the issues of injuries and balance of harms during the Oral Argument held on July 17, 2006.

**B. Parties' Briefs and Other Filings.**

ASD believes that valid justifications exist requiring that the briefs and other papers filed under seal in this matter remain under seal. First, the parties to this action are involved in a related bid protest, *Advanced Systems Development, Inc.*, No. B-298411.001, which is subject to a GAO

Protective Order. The Agency Report covered by the GAO Protective Order is identical to the Administrative Record produced in this case (which Administrative Record the Court held in its Order "can remain under seal"). Consequently, the parties are under an independent obligation to keep protected any materials covered by the GAO Protective Order.

Second, if ASD succeeds in its protest, the WITS competition may be reopened. Because most, if not all, of the material the parties have redacted addresses information from ASD's or KENROB IT Solutions, Inc.'s ("KENROB") proposal (*i.e.*, contractor bid or proposal information (as defined in Federal Acquisition Regulation ("FAR") 3.104)) or other source selection information as defined in FAR 2.101 (material that is covered by the GAO protective order as noted above), ASD believes the material should remain under seal to prevent either party from receiving a competitive advantage or incurring a competitive disadvantage in any re-competition. *See also* FAR 3.104-4 (requiring the protection of contractor bid or proposal information and source selection information).

For ease of the Court's reference, Plaintiff ASD lists below each of the briefs and other documents (excluding the Administrative Record) filed under seal in this matter identifying the page reference for all material ASD redacted as well as the specific justification for the redaction.

## C. List of Justifications for Continued Protection of Redacted Information by Document and Page.

**Justifications Key:**

ASD Proposal Information: Contains specific information regarding ASD's proposal that could cause competitive harm to ASD if disclosed, and should be protected as contractor bid or proposal information pursuant to FAR 3.104. This information also is subject to a GAO protective order.

KENROB Proposal Information: Contains specific information regarding KENROB's proposal that could cause competitive harm to KENROB if disclosed, and should be protected as contractor bid or proposal information pursuant to FAR 3.104. This information also is subject to a GAO protective order. Should KENROB choose to waive the protection, ASD will not object.

Other Source Selection Information: Contains specific information regarding WHS's source selection process or WHS's evaluation of the offerors' proposals as must be protected pursuant to FAR 3.104. This information also is subject to a GAO protective order.

**1. ASD's Complaint.**

| | |
|---|---|
| Page 2: | ASD Proposal Information. |
| Page 7: | Source Selection Information |
| Page 8: | Source Selection Information |
| Page 9: | Source Selection Information |
| Page 10: | Source Selection Information |
| Page 13: | ASD Proposal Information |
| Page 14: | ASD Proposal and Source Selection Information |
| Page 16: | ASD and KENROB Proposal Information |

**2. ASD's Memorandum of Law in Support of Its Motion for Preliminary Injunction.**

| | |
|---|---|
| Page 2: | ASD Proposal Information |
| Page 5: | ASD Proposal Information |
| Page 10: | Source Selection Information |
| Page 11: | Source Selection Information |
| Page 12: | Source Selection Information |
| Page 13: | Source Selection Information |
| Page 14: | Source Selection Information |
| Page 27: | ASD Proposal and Source Selection Information |
| Page 28: | ASD Proposal and Source Selection Information |
| Page 29: | ASD Proposal Information |

Page 32: ASD Proposal and Source Selection Information

Page 34: ASD and KENROB Proposal Information

Exhibit 2, Declaration of Richard Bennett:

Page 1: ASD Proposal Information

Page 2: ASD Proposal and Source Selection Information

Page 3: Source Selection Information

Page 4: Source Selection Information

Page 5: ASD Proposal Information

Page 6: ASD Proposal Information

Decl. Ex. 1: ASD Confidential (current contract pricing)

**3. Intervenor's Response in Opposition to Plaintiff's Motion for Preliminary Injunction (only information related to ASD's Proposal is Identified).**

Page 12: ASD Proposal Information

Page 13: ASD Proposal Information

**4. Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (only information related to ASD's Proposal is Identified).**

Page 9: ASD Proposal Information

Page 10: ASD Proposal Information

Page 10: Source Selection Information

Page 20-21: ASD Proposal Information

Page 25: ASD Proposal Information

Page 27: ASD Proposal Information

Page 28: ASD Proposal and Source Selection Information

Page 29: Source Selection Information

Exhibit A, Declaration of Cox:

Page 4: ASD Proposal Information

**5. Plaintiff's Reply to the Oppositions to Plaintiff's Motion for Preliminary Injunction.**

Page ii: ASD Proposal Information

Page 10: Source Selection Information

Page 11: Source Selection Information

Page 12: Source Selection Information

Page 13: ASD and KENROB Proposal Information

Page 14: ASD Proposal and Source Selection Information

Page 16: ASD Proposal and Source Selection Information

Page 17: ASD Proposal and Source Selection Information

Page 18: ASD Proposal Information

Page 19: ASD Proposal Information

Page 22: KENROB Proposal Information

Page 25: Source Selection Information

Page 27: Source Selection Information

| | |
|---|---|
| Page 28: | KENROB Proposal Information |
| Page 30: | ASD and KENROB Proposal Information |
| Page 31: | ASD and KENROB Proposal Information |
| Page 32: | ASD and KENROB Proposal Information |
| Page 33: | ASD Proposal and Source Selection Information |
| Page 34: | ASD Proposal and Source Selection Information |
| Page 36: | KENROB Proposal Information |
| Page 37: | KENROB Proposal Information |
| Page 38: | ASD Proposal Information |
| Exhibits: | ASD Proposal Information |

Dated: July 27, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, D.C. 20006
(202) 457-7033:ph/(202) 419-2913: fax
*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

# 3930075_v1