IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-484C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

MOTION FOR ENLARGEMENT OF TIME OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a seven-day enlargement of time, out of time, to and including August 3, 2006, to file defendant's statement regarding proposed redactions and justifications. Defendant's statement is currently due on July 27, 2006. Plaintiff and Intervenor's counsels have represented that they do not oppose the motion.

Additional time is requested because, upon reading the Court's order issued on July 21, 2006, the undersigned counsel for defendant failed to properly calendar the deadline for filing defendant's statement in her

calendar. She realized on the morning of July 28, 2006, that the parties statements regarding proposed redactions and justifications were due on July 27, 2006. Upon realizing her mistake, she drafted the defendant's statement and intended to file it that day. On July 28, 2006, she was informed by law clerk, John Bergen, that the Court would issue an order advising the parties to submit revised statements by Thursday, August 3, 2006, and that the Government should submit its statement by that date. The defendant's statement regarding proposed redactions and justifications will be filed separately under seal.

For these reasons, we respectfully request that the Court grant defendant's motion for enlargement of time, out of time, for seven days, to and including August 3, 2006, to file defendant's statement regarding proposed redactions and justifications.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

OF COUNSEL:

Andrew Bramnick
Assistant General Counsel
Washington Headquarters
Service

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

August 3, 2006

Attorneys for Defendant