# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: August 15, 2006)

*********************************************

ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*,

v.

THE UNITED STATES OF AMERICA, *Defendant,*

and

KENROB IT SOLUTIONS, INC., *Intervenor.*

*********************************************

## ORDER

The Court intends to leave the redactions to the parties' briefs and other submissions filed under seal in place until the resolution of the underlying bid protest in this case before the GAO. Consequently, the parties are hereby **ORDERED to file a Joint Status Report informing the Court of the outcome of ASD's underlying bid protest no later than 10 days after the GAO issues its decision.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge