IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-484C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

**JOINT STATUS REPORT**

By Order dated August 15, 2006, the Court directed the parties to "file a Joint Status Report informing the Court of the outcome of ASD's underlying bid protest no later than 10 days after the GAO issues its decision." The parties respectfully submit the following joint status report.

The Government Accountability Office ("GAO"), issued its decision in *Advanced Systems Development, Inc.*, B-298411, on September 19, 2006. That decision is subject to a Protective Order, and a redacted version of the decision has not yet been issued. The parties, in consultation with the GAO attorney handling the case, agreed that the "Recommendation"

section of the decision could be made public. Pursuant to the Recommendation, the GAO sustained ASD's protest and recommended that the "agency reopen discussions, request revised proposals, evaluate those submissions consistent with the provisions of the solicitation, and make a new selection decision." GAO also recommended that "the agency reimburse the protester the costs of filing and pursuing the protest, including reasonable attorneys' fees."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

Andrew Bramnick
Assistant General Counsel
Washington Headquarters
Service

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax

*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

s/ John Scott Hommer, III

JOHN SCOTT HOMMER, III
Venable, Baetjer & Howard
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600

Attorney for Intervenor

September 29, 2006