# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: October 5, 2006)

**********************************************

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant,* | * |
| and | * |
| KENROB IT SOLUTIONS, INC., *Intervenor.* | * |

**********************************************

## ORDER

On September 29, 2006, the parties filed a Joint Status Report informing the Court of the outcome of ASD's underlying bid protest at the GAO. At that time, a redacted version of the GAO's decision in *Advanced Systems Development, Inc.,* B-298411 had not yet been issued. **The Court hereby ORDERS the parties to file a copy of the redacted version of GAO's decision no later than 10 days after it is issued by the GAO.**

The Court intends to leave the redactions to the parties' briefs and other submissions filed under seal in place until the agency makes a new award. The parties are hereby **ORDERED to file a Joint Status Report informing the Court of the award no later than 30 days after the agency makes its decision.** At that time, the Court will revisit whether the redactions shall remain in place. Consequently, the parties are hereby **ORDERED to file with the Court their justifications for continued**

**protection of the redactions to the parties' briefs and other submissions filed under seal no later than 10 days after the agency makes a new award.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge