Electronically Filed on October 12, 2006

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## SUBMISSION OF THE REDACTED GAO DECISION

Pursuant to Court Order dated October 5, 2006, Advanced Systems Development, Inc., the United States of America and Kenrob IT Solutions, Inc. submit the redacted GAO decision in *Advanced Systems Development, Inc.*, B-298411 within 10 days after the GAO publicly issued the decision.

Dated: October 12, 2006

Respectfully submitted,

Holland & Knight LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax

*Counsel for Advanced Systems Development, Inc.*

Of Counsel:

Kara L. Daniels
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

s/ J. Scott Hommer, Esq

J. SCOTT HOMMER, ESQ.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-270
Tel: (703) 760-1658
Fax: (703) 821-8949

*Counsel for KENROB Technologies Solutions, Inc.*

# 4100744_v1