IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-484C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

**DEFENDANT'S JUSTIFICATIONS FOR CONTINUED PROTECTION AND REDACTIONS TO THE PARTIES' BRIEFS AND OTHER SUBMISSIONS FILED UNDER SEAL**

Defendant, the United States, respectfully responds to the Court's order dated October 5, 2006. In that order, the Court directed the parties to file with the Court their justifications for continued protection of the redactions to the parties' briefs and other submissions filed under seal no later than ten days after the agency makes a new award. We agree that the parties' briefs and other submissions that were filed under seal should continue to be protected for the reasons stated in Plaintiff's Justifications For Continued Protection And Redactions To The Parties' Briefs And Other Submissions Filed Under Seal. (Although not relevant to the redaction

question, we disagree, in part, with plaintiff's characterization of the pending cost claims before the General Accounting Office.)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

Andrew Bramnick
Assistant General Counsel
Washington Headquarters
Service

January 5,2007