# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | No. 06-484C (Judge Lawrence M. Baskir) |
| and | ) | |
| KENROB IT SOLUTIONS, INC., Intervenor. | ) | |

## INTERVENOR'S JUSTIFICATION FOR CONTINUED PROTECTION OF MATERIAL UNDER SEAL

Intervenor, KENROB IT Solutions, Inc., respectfully responds to the Court's Order of October 5, 2006, requiring parties to provide the Court with justifications for continued protection of material filed under seal.

KENROB IT Solutions, Inc. concurs with both Plaintiff, Advanced Systems Development, Inc., and Defendant, the United States, that material under seal should remain so. Continued protection of material under seal is in the interest of all parties.

Dated: January 5, 2007

Respectfully submitted,

s/J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1658
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

*Counsel to Intervenor KENROB IT Solutions, Inc.*

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644