Electronically Filed on February 9, 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## JOINT STATUS REPORT CONCERNING CONTINUED PROTECTION AND REDACTIONS TO THE PARTIES' BRIEFS AND OTHER SUBMISSIONS FILED UNDER SEAL

Pursuant to the Court's Order of January 8, 2007, Advanced Systems Development, Inc. ("ASD"), the United States, and KENROB IT Solutions, Inc. ("KENROB") (collectively, the "Parties"), respectfully submit the following joint status report.

The parties request that the redactions to the Parties' briefs and other submissions filed under seal remain protected, because ASD's cost claim is still pending before the agency. In addition, KENROB filed a protest with the Government Accountability Office ("GAO") on January 8, 2007,

challenging the recompetition award to ASD. In a letter dated February 2, 2007 to GAO, the agency indicated that the Agency Report for the KENROB protest will include all Agency Report documents submitted in ASD's June 2006 protest and that remain protected under this Court's protective order. On February 8, 2007, ASD and KENROB learned that the agency intends to take corrective action. The parties do not know the exact scope or timing of the contemplated action.

It is defendant's position that any protest of the corrective action would be the subject of a different action. This case before the Court of Federal Claims has been fully resolved.

Accordingly, the Parties reiterate their request that the Court defer any reconsideration about the continued protection of redactions to the Parties' briefs and other submissions until such time as the claim for costs is resolved or GAO decides the KENROB protest (and, if the protest is sustained, after KENROB's subsequent claim for costs is resolved), whichever is later. The parties propose to advise the Court within five days of the later of these dates.

Dated: February 9, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for ASD*

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director

s/ Nancy M. Kim
NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0546 – phone
(202) 514-8640 – fax
*Counsels for the Government*

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1658 – phone
(703) 821-8949 – fax
(703) 760-1644 – protected fax
*Counsel for KENROB*

# 4349930_v1