Electronically Filed on February 13, 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY OF RECORD AND FOR WITHDRAWAL OF LEGAL COUNSEL

Pursuant to RCFC 83.1(c)(4), Plaintiff Advanced Systems Development, Inc. ("ASD"), by undersigned counsel, hereby moves this Court for leave to substitute David J. Craig of Holland & Knight LLP, 2099 Pennsylvania Ave., NW, Suite 100, Washington, DC 20006, phone 202-419-2667, as Attorney of Record in place of Paul E. Pompeo of Holland & Knight LLP, 2099 Pennsylvania Ave., NW, suite 100, Washington, DC 20006, phone 202-457-7033. Mr. Craig has access to protected material under the terms of the protective order issued in this case. An Affidavit of Appointment executed by Mr. Craig in accordance with RCFC 83.1(c)(4) is

attached. Mr. Pompeo consents to this Motion and has indicated such by his signature below. Thus, in accordance with RCFC 83.1(c)(4), the clerk should make an appropriate entry on the docket to accomplish the substitution.

I, Paul E. Pompeo, currently attorney of record in the above-captioned case, consent to the substitution to David J. Craig as attorney of record.

Paul E. Pompeo

Paul E. Pompeo

Additionally, and for purposes of the Court's Protective Order, Mr. Pompeo and Kara L. Daniels (previously serving as Of Counsel) hereby request leave to withdraw as legal counsel in this matter, as that term is used in the Protective Order.

February 13, 2007

Respectfully submitted,
HOLLAND & KNIGHT, LLP

s/ David J. Craig

David J. Craig
2099 Pennsylvania Ave., NW, suite 100
Washington, DC 20006
Phone: 202-419-2667
Fax: 202-955-5564

Attorney of Record for Plaintiff
*Advanced Systems Development, Inc.*