# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## AFFIDAVIT OF APPOINTMENT OF DAVID J. CRAIG

I, David J. Craig, do state as follows:

1. I am over the age of 18 and competent to make this Affidavit. This Affidavit is based on my personal knowledge.

2. I am executing this Affidavit of Appointment in accordance with RCFC 83.1(c)(4).

3. I am an associate at the law firm of Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington, D.C. 20006.

4. I am a member of the bar of the United States Court of Federal Claims and have been so since March 2, 2006.

5. Advanced Systems Development, Inc. ("ASD"), and attorney of record Paul E. Pompeo have requested that I replace Mr. Pompeo as attorney of record in the above-captioned proceeding; accordingly, Plaintiff ASD has appointed me to represent ASD as its Attorney of Record for the remainder of this case.

6. In accordance with RCFC 83.1(c)(4), Mr. Pompeo has indicated his consent to this substitution by signing his consent on the Motion for Substitution of Counsel to which this Affidavit of Appointment is appended.

7. Pursuant to Paragraph 3.a of the Court's Provisional Protective Order dated June 28, 2006 (as amended July 7, 2006), I am admitted to the Protective Order as legal counsel directly involved in this litigation, both currently and at the time of the issuance of the Protective Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2007

s/ David J. Craig
David J. Craig

# 4361562_v1