IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | |
| Plaintiff, | |
| v. | No. 06-484C<br>(Judge Baskir) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| KENROB IT SOLUTIONS, INC., | |
| Intervenor. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael J. Dierberg as principal attorney of record for the United States, replacing Nancy Kim. Service of all papers by opposing parties should be addressed as follows:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch,
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0536
Fax: (202) 305-7643

March 14, 2007