IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | |
| Plaintiff, | |
| v. | No. 06-484C (Judge Baskir) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| KENROB IT SOLUTIONS, INC., | |
| Intervenor. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a seven-day enlargement of time, through and including April 2, 2007, within which the parties may file their joint status report. The joint status report is currently due on March 26, 2007. Counsel for plaintiff Advanced Systems Development, Inc. ("ASD") and intervenor KENROB IT Solutions, Inc. ("Kenrob") have indicated that they are not opposed to this motion.

This enlargement is necessary because although ASD transmitted a draft of the status report to the Government during the week of March 19, 2007, the Government did not receive that transmittal. On March 26, 2007, counsel for ASD resent a draft of the joint status report. However, the same day, the undersigned counsel learned that agency counsel is out of the office and will be unable to provide comments upon the draft status report. For these reasons, we respectfully request a seven-day enlargement of time, through and including April 2, 2007, within which the parties may file their joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

March 26, 2007

Attorneys for Defendant