# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: March 30, 2007)

**********************************************
ADVANCED SYSTEMS DEVELOPMENT, INC., *
*Plaintiff*, *

v. *

THE UNITED STATES OF AMERICA, *
*Defendant,* *

and *

KENROB IT SOLUTIONS, INC., *
*Intervenor.* *
**********************************************

## ORDER

Defendant's unopposed Motion for a 7-day Enlargement of Time filed March 26, 2007, to file the **Joint Status Report** is hereby **GRANTED. The Joint Status Report shall be filed no later than April 2, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge