Electronically Filed on April 2, 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED SYSTEMS DEVELOPMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

KENROB IT SOLUTIONS, INC.,

Intervenor.

No. 06-484C
(Judge Lawrence M. Baskir)

## JOINT STATUS REPORT CONCERNING CONTINUED PROTECTION AND REDACTIONS TO THE PARTIES' BRIEFS AND OTHER SUBMISSIONS FILED UNDER SEAL

Pursuant to the Court's Order of January 8, 2007, Advanced Systems Development, Inc. ("ASD"), the United States, and KENROB IT Solutions, Inc. ("KENROB") (collectively, the "Parties"), hereby file this Joint Status Report to report on the status of the ASD claim for protest costs and KENROB's Government Accountability Office ("GAO") bid protest. In accordance with the Court's Order granting the Parties' Motion for Enlargement of Time, this Joint Status Report is timely filed.

ASD filed its claim for costs on October 19, 2006. ASD and the Agency have resolved ASD's cost claim. Payment is expected soon, and the cost claim likely will be dismissed.

After GAO sustained ASD's protest, the Agency evaluated revised proposals and, on December 21, 2006, awarded the contract to ASD. KENROB protested the award to ASD on January 8, 2007, at the GAO. The GAO dismissed that protest as academic on February 9, 2007 because the Agency had indicated its intent to take corrective action. KENROB protested this corrective action at GAO on March 14, 2007. The March 14 protest is pending. It is anticipated that the Agency Report for this protest will include some or all of the Agency Report documents submitted in ASD's June 2006 GAO protest, which remain protected under this Court's protective order. The CICA decision date for KENROB's March 14 protest is June 22, 2007.

Accordingly, the Parties reiterate their request that the Court defer any reconsideration about the continued protection of redactions to the Parties' briefs and other submissions until such time as the claim for costs is dismissed or GAO decides the pending KENROB protest, whichever is later.

Respectfully submitted,

s/ David J. Craig
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 419-2667 – phone
(202) 955-5564 – fax
*Counsel for ASD*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael J. Dierberg
Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0536 – phone
(202) 305-7643 – fax
*Counsel for the United States*

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1658 – phone
(703) 821-8949 – fax
(703) 760-1644 – protected fax
*Counsel for KENROB*

Dated: April 2, 2007