# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: April 5, 2007)

*********************************************
ADVANCED SYSTEMS *
DEVELOPMENT, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
KENROB IT SOLUTIONS, INC., *
*Intervenor.* *
*
*********************************************

## ORDER

On October 5, 2006, we ordered that the parties file with the Court no later than 10 days after the agency makes a new award their justifications for continued protection of the redactions to the parties' briefs and other submissions filed under seal. The agency issued the contract award to ASD on December 21, 2006.

The parties request that the parties' briefs and other submissions filed under seal remain in place for two reasons: (1) the GAO Protective Order is still pending as ASD has a pending cost claim against the agency and might have to file another matter with the GAO to enforce its right to recover costs, and (2) KENROB has a pending bid protest of the award to ASD and the currently protected material would be subject to protection in KENROB's bid protest.

The Court intends to leave the redactions to the parties' briefs and other submissions filed under seal in place until such time as the claim for costs is dismissed or GAO decides the pending KENROB protest, whichever is later. The parties are hereby **ORDERED to file a Joint Status Report on June 4, 2007, and every 60 days thereafter, informing the Court of the status of ASD's cost claim and KENROB's bid protest.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge