**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

**JOINT STATUS REPORT CONCERNING CONTINUED PROTECTION AND REDACTIONS TO THE PARTIES' BRIEFS AND OTHER SUBMISSIONS FILED UNDER SEAL**

Pursuant to the Court's Order of April 5, 2007, Advanced Systems Development, Inc. ("ASD"), the United States, and KENROB IT Solutions, Inc. ("KENROB") (collectively, the "Parties"), hereby timely file this Joint Status Report to report on the status of the ASD claim for protest costs and KENROB's Government Accountability Office (“GAO”) bid protest.

ASD filed its claim for costs on October 19, 2006. ASD and the Agency have resolved ASD’s cost claim. Payment is expected soon, but

has not yet been received. Once payment is made, the last remaining issue related to ASD's protest at GAO will have been resolved.

After GAO sustained ASD's protest, the Agency evaluated revised proposals and, on December 21, 2006, awarded the contract to ASD. KENROB protested the award to ASD on January 8, 2007, at the GAO. The GAO dismissed that protest as academic on February 9, 2007 because the Agency had indicated its intent to take corrective action. KENROB protested this corrective action at GAO on March 14, 2007. The Agency then cancelled the solicitation in its entirety, and GAO dismissed KENROB's protest of the corrective action as academic. Although no new protests of the original solicitation are anticipated, it is unclear whether the Agency will issue a new solicitation to meet the same requirements.

Accordingly, the Parties reiterate their request that the Court defer any reconsideration about the continued protection of redactions to the Parties' briefs and other submissions until such time as the payment of costs is finalized.

Respectfully submitted,

s/ David J. Craig
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 419-2667 – phone
(202) 955-5564 – fax
*Counsel for ASD*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael J. Dierberg
Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0536 – phone
(202) 305-7643 – fax
*Counsel for the United States*

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1658 – phone
(703) 821-8949 – fax
(703) 760-1644 – protected fax
*Counsel for KENROB*

Dated: June 4, 2007

# 4585410_v1