Electronically Filed on July 2, 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY OF RECORD AND FOR WITHDRAWAL OF LEGAL COUNSEL

Pursuant to RCFC 83.1(c)(4), Plaintiff Advanced Systems Development, Inc. ("ASD"), by undersigned counsel, hereby moves this Court for leave to substitute David B. Dempsey of Holland & Knight LLP, 1600 Tysons Boulevard, Suite 700, McLean, Virginia, 22102, phone (703) 720-8657, as Attorney of Record in place of David J. Craig of Holland & Knight LLP, 2099 Pennsylvania Ave., NW, Suite 100, Washington, DC 20006, phone 202-419-2667. Mr. Dempsey has submitted his application for admission to the protective order concurrently with this Motion. All parties have consented to Mr. Dempsey's admission to the protective

order. An Affidavit of Appointment executed by Mr. Dempsey in accordance with RCFC 83.1(c)(4) is attached. Mr. Craig consents to this Motion and has indicated such by his signature below. Thus, in accordance with RCFC 83.1(c)(4), the clerk should make an appropriate entry on the docket to accomplish the substitution.

I, David J. Craig, currently attorney of record in the above-captioned case, consent to the substitution of David B. Dempsey as attorney of record.

David J. Craig

Additionally, and for purposes of the Court's Protective Order, Mr. Craig (previously serving as Attorney of Record) hereby request leave to withdraw as legal counsel in this matter, as that term is used in the Protective Order.

July 2, 2007

Respectfully submitted,
HOLLAND & KNIGHT, LLP

s/ David B. Dempsey
David B. Dempsey
1600 Tysons Boulevard, Suite 700,
McLean, Virginia, 22102
Phone: 703-720-8657
Fax: 703-720-8610

Attorney of Record for Plaintiff
*Advanced Systems Development, Inc.*

# 4641780_v1