# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## AFFIDAVIT OF APPOINTMENT OF DAVID B. DEMPSEY

I, David B. Dempsey, do state as follows:

1. I am over the age of 18 and competent to make this Affidavit. This Affidavit is based on my personal knowledge.

2. I am executing this Affidavit of Appointment in accordance with RCFC 83.1(c)(4).

3. I am a partner at the law firm of Holland & Knight LLP, 1600 Tysons Boulevard, Suite 700, McLean, Virginia, 22102.

4. I am a member of the bar of the United States Court of Federal Claims and have been so since April 5, 1979.

5. Advanced Systems Development, Inc. ("ASD"), and attorney of record David J. Craig have requested that I replace Mr. Craig as attorney of record in the above-captioned proceeding; accordingly, Plaintiff ASD has appointed me to represent ASD as its Attorney of Record for the remainder of this case.

6. In accordance with RCFC 83.1(c)(4), Mr. Craig has indicated his consent to this substitution by signing his consent on the Motion for Substitution of Counsel to which this Affidavit of Appointment is appended.

7. Pursuant to Paragraph 4.a of the Court's Provisional Protective Order dated June 28, 2006 (as amended July 7, 2006), I have filed an Application for Access to Materials Under Protective Order concurrently with the Motion for Leave to Substitute Attorney of Record.

8. All other parties have consented to my admission to the Protective Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2007

s/ David B. Dempsey
David B. Dempsey

# 4642552_v1