APPENDIX A

# In the United States Court of Federal Claims

Case No. 06-484C
Judge Lawrence M. Baskir

************************************************
ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*,

v.

THE UNITED STATES OF AMERICA, *Defendant*,

and

KENROB TECHNOLOGIES SOLUTIONS, INC., *Intervenor*.
************************************************

## APPLICATION FOR ACCESS TO MATERIALS UNDER PROTECTIVE ORDER

I have read the annexed Protective Order, understand its contents, and hereby undertake to make no disclosures of Protected Information to any person who is not admitted to this Order. I agree to use Protected Information only in connection with this litigation. I understand that a violation of this undertaking could be punishable as contempt of Court and I hereby submit to the jurisdiction of the U.S. Court of Federal Claims for purposes of enforcement of the annexed Protective Order.

Date: 7/2/07 Name: David Dempsey
(Print or type)

Signature: [signature]

SWORN TO AND SUBSCRIBED before me this 2nd day of July, 2007

Karen A. Dibble

KAREN A. DIBBLE
Notary Public
Commonwealth of Virginia
My Commission Expires Feb 28, 2009