# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Court of Federal Claims Rules 6(b) and 6.1, KENROB IT Solutions, Inc. ("KENROB") and the United States hereby file this Motion for an Enlargement of Time to file the Joint Status Report of KENROB, the United States, and Advanced Systems Development ("ASD") (collectively, "the Parties"), pursuant to the Court's Order of April 5, 2007, to report on the status of the ASD claim for protest costs and KENROB's Government Accountability Office ("GAO") bid protest so that the Court can

determine the disposition of the materials filed by the Parties under seal.

KENROB and the United States respectfully request an enlargement of time of 19 business days, up to and including August 30, 2007. The Parties' Joint Status Report was due on August 3, 2007. Counsel for ASD is currently out of the country, and counsel for KENROB will be away on vacation beginning August 17, 2007, returning to work on August 27, 2007. Therefore, the Parties request this extension of time in order to ensure that the Parties are permitted sufficient time within which to consult with each other and file their Joint Status Report. The Parties have not previously filed a Motion for an Enlargement of Time in order to file this Joint Status Report.

KENROB has discussed this request with Counsel for the United States who has informed KENROB that the United States will not oppose this request. Counsel for ASD cannot be reached at his office while he is away.

Respectfully submitted,

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1658 – phone
(703) 821-8949 – fax
(703) 760-1644 – protected fax
*Counsel for KENROB*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael J. Dierberg
Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0536 – phone
(202) 305-7643 – fax
*Counsel for the United States*

Dated: August 10, 2007