# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADVANCED SYSTEMS DEVELOPMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

KENROB IT SOLUTIONS, INC.,

Intervenor.

No. 06-484C
(Judge Lawrence M. Baskir)

## MOTION FOR LEAVE TO FILE OUT OF TIME MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Court of Federal Claims Rule 6(b)(2), KENROB IT Solutions, Inc. ("KENROB") and the United States hereby file this Motion for Leave to File Out of Time the accompanying Motion for an Enlargement of Time to file the Joint Status Report of KENROB, the United States, and Advanced Systems Development ("ASD") (collectively, "the Parties"), pursuant to the Court's Order of April 5, 2007, to report on the status of the ASD claim for protest costs and KENROB's Government Accountability Office ("GAO") bid protest so

that the Court can determine the disposition of the materials filed by the Parties under seal.

The Parties' Joint Status Report was due on August 3, 2007. The passage of time since the resolution of the underlying matter and numerous substitutions of counsel have likely contributed to the Parties' neglect to file the Parties' Joint Status Report in a timely manner. KENROB and the United States therefore respectfully request that the Court grant leave to file the accompanying Motion for Enlargement of Time.

Respectfully submitted,

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1658 – phone
(703) 821-8949 – fax
(703) 760-1644 – protected fax
*Counsel for KENROB*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael J. Dierberg
Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0536 – phone
(202) 305-7643 – fax
*Counsel for the United States*

Dated: August 10, 2007