# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: August 13, 2007)

| | |
|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant,* | * |
| and | * |
| KENROB IT SOLUTIONS, INC., *Intervenor.* | * |

## ORDER

Defendant's and Intervenor's Motion for a 19-day Enlargement of Time filed August 10, 2007, to file the **Joint Status Report** is hereby **GRANTED. The Joint Status Report shall be filed no later than August 30, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge