# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED SYSTEMS DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-484C |
| | ) | (Judge Lawrence M. Baskir) |
| Defendant, | ) | |
| and | ) | |
| KENROB IT SOLUTIONS, INC., | ) | |
| Intervenor. | ) | |

## MOTION FOR CONTINUED PROTECTION AND REDACTIONS TO THE PARTIES' BRIEFS AND OTHER SUBMISSIONS FILED UNDER SEAL

Pursuant to Paragraph 16(d) of the Court's Protective Order, Advanced Systems Development, Inc. ("ASD"), the United States, and KENROB IT Solutions, Inc. ("KENROB") (collectively, the "Parties"), hereby timely file this Motion for Continued Protection and Redactions to the Parties' Briefs and Other Submissions Filed Under Seal.

As detailed in the Parties' Joint Status Report of August 29, 2007, both ASD's claim for costs and KENROB's protest have been resolved. No new protests of the original solicitation are anticipated.

However, it appears likely that the Agency will issue a new solicitation to meet the same or similar requirements. Both Parties may decide to submit proposals in response to such a solicitation. The pleadings and other materials filed in this matter contain details about both KENROB's and ASD's proposals that are business-sensitive and have not previously been released to the public. Specifically, release of this information would reveal confidential data regarding both ASD's and KENROB's pricing, proposed staffing, experience, and technical solutions. Therefore, release of this information would competitively disadvantage both ASD and KENROB in any such future procurement. As such, the Parties respectfully request that the Court continue to maintain as redacted those briefs and other submissions filed under seal for five (5) years from the date of this Motion.

Respectfully submitted,

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1658 – phone
(703) 821-8949 – fax
(703) 760-1644 – protected fax
*Counsel for KENROB*

s/ David Dempsey
David Dempsey
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 419-2667 – phone
(202) 955-5564 – fax
*Counsel for ASD*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael J. Dierberg
Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0536 – phone
(202) 305-7643 – fax
*Counsel for the United States*

Dated: August 29, 2007