# In the United States Court of Federal Claims

Case No. 06-484C
(Filed: September 7, 2007)

**********************************************
ADVANCED SYSTEMS DEVELOPMENT, INC.,*
*Plaintiff*, *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
KENROB IT SOLUTIONS, INC., *
*Intervenor.* *
**********************************************

## ORDER

On October 5, 2006, we ordered the parties to file, no later than 10 days after the agency makes a new award, their justifications for continued protection of the redactions to the parties' briefs and other submissions filed under seal. The agency issued the contract award to ASD on December 21, 2006, which led to another protest, and ultimately a cancelled solicitation.

As detailed in the parties' Joint Status Report of August 29, 2007, both ASD's claim for costs and KENROB's protest have been resolved. No new protests of the original solicitation are anticipated. However, the release of this protected information would competitively disadvantage both ASD and KENROB in the anticipated future procurement.

As such, in accordance with paragraph 16(d) of this Court's Protective Order, the parties' **Motion for Continued Protection and Redactions** to the Parties' Briefs and Other Submissions Filed Under Seal (filed August 29, 2007), is hereby **GRANTED**. **The parties' briefs and other submissions filed under seal shall remain protected until September 7, 2012.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge